AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Asinor et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02158 |
| District of Columbia et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date:   08/12/2021

/s/Scott Michelman
*Attorney's signature*

Scott Michelman, D.C. Bar No. 1006945
*Printed name and bar number*

ACLU Foundation of the District of Columbia
915 15th St. NW, Second Floor
Washington, DC 20005
*Address*

smichelman@acludc.org
*E-mail address*

(202) 601-4267
*Telephone number*

*FAX number*