UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants.* | Civil Action No. 1:21-cv-02158-APM |

## NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Matthew R. Blecher on behalf of Defendant District of Columbia in the above-captioned matter.

Date:  August 20, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie Litos*
STEPHANIE LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  (202) 442-9774
Fax:  (202) 730-0586
Email:  matthew.blecher@dc.gov

*Counsel for Defendant District of Columbia*