AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Columbia ▾

| | |
|---|---|
| Oyoma Asinor and Bryan Dozier | ) <br> ) <br> ) <br> ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| District of Columbia, John Doe MPD Officers 1-7, <br> Jane Doe MPD Officer | ) <br> ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   **21-cv-02158-APM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   District of Columbia
c/o Office of the Mayor of the District of Columbia
400 6th Street NW
Washington, D.C. 20001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Perloff
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street NW, 2nd Floor
Washington, D.C. 20001


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

/s/ Anson Hopkins

Date:   8/13/2021   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02158

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* District of Columbia c/o Office of the Mayor of the District of Columbia

was received by me on *(date)*   August 18, 2021            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **On August 19, 2021, I served the summons and complaint on Defendant District of Columbia c/o Office of the Mayor of the District of Columbia by emailing them to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAG-OFFICE-ORDER-Temp-Service-Process.pdf. This Order provides that, during the pandemic, the District will accept service when the required documents are emailed to the 3 email addresses named above. Tonia Robinson accepted service via email on August 23, 2021.**

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   **August 23, 2021**            /s/ Elaine Stamp
_____            _____
                                    *Server's signature*

                              Elaine Stamp, Paralegal and Intakes Manager
                              _____
                                    *Printed name and title*

                              915 15th St NW, 2nd Floor, Washington DC 20005
                              _____
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia ☐ ▾

| | |
|---|---|
| Oyoma Asinor and Bryan Dozier <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> District of Columbia, John Doe MPD Officers 1-7, <br> Jane Doe MPD Officer <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   21-cv-02158-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   District of Columbia
c/o Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Perloff
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, 2nd Floor
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

/s/ Anson Hopkins

Date:   _8/13/2021_   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02158

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* District of Columbia , c/o of the Office of the Attorney General for the District of Columbia

was received by me on *(date)* August 18, 2021 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On August 19, 2021, I served the summons and complaint on Defendant District of Columbia by emailing them to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAG-OFFICE-ORDER-Temp-Service-Process.pdf. That Order provides that, during the pandemic, the District will accept service when the required documents are emailed to the 3 email addresses named above. Tonia Robinson accepted service via email on August 23, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 23, 2021

/s/ Elaine Stamp
_____
*Server's signature*

Elaine Stamp, Paralegal and Intakes Manager
_____
*Printed name and title*

915 15th St NW, 2nd Floor, Washington DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc: