# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OYOMA ASINOR & BRYAN DOZIER<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | No. 1:21-cv-02158 (APM) |

## [Proposed]
## ORDER

Upon consideration of Plaintiffs' unopposed emergency motion for leave to conduct limited early discovery and to shorten time to respond and the arguments made in support thereof, it is hereby

**ORDERED** that Plaintiffs' motion is granted; and it is further

**ORDERED** that Defendant shall respond to the interrogatories and request for production attached to Plaintiffs' motion by August 27, 2021.

Date: _____                                    _____
                                                     Amit P. Mehta
                                                     United States District Judge