# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OYOMA ASINOR & BRYAN DOZIER,

                          Plaintiffs,

v.                                                         No. 1:21-cv-02158 (APM)

DISTRICT OF COLUMBIA, *et al.*

                          Defendants.

## PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

Plaintiffs propound the following interrogatories and request for production on Defendant District of Columbia pursuant to Fed. R. Civ. P. 33 and 34, respectively. Defendant must respond by August 27, 2021 and must promptly supplement its responses if it obtains additional information or identifies errors or omissions in the responses originally provided.

### I.    Instructions

1. Respond to each question or request based on all information or documents known, within the possession of, or reasonably available to you or your attorney, not merely information within the personal knowledge of the individual(s) responding to this interrogatory or request.

2. If you cannot answer a question or request in full after exercising due diligence, so state and answer to the extent possible. Specify the reason for your inability to answer the remainder and state whatever information or knowledge you have concerning any unanswered portion.

3. If you perceive any ambiguity in a question, request, instruction, or definition, the answer should identify the perceived ambiguity and the interpretation or understanding used in answering.

1

4. If you consider any of the following questions or requests to be objectionable in whole or part, or seek information covered by a privilege, specify the question or request to which you object, or to which you claim a privilege, the basis the objection or privilege, and answer any part of the question or request that you do not consider objectionable or to be seeking privileged information.

## II.  Definitions

1. "Identify," when used with respect to an MPD member, means provide the person's (a) full name, (b) rank, (c) work address, (d) work email address, and (e) phone number.

2. "MPD" refers to the District of Columbia Metropolitan Police Department, its employees, contractors, and agents.

3. "MPD members" refers to any employee, agent, or contractor of MPD, including, but not limited to, command staff, supervisors, and sworn officers.

4. The terms "any," "and," and "or," shall be construed inclusively so as to require the most complete response.

## III.  Interrogatories

1. Identify the MPD member labeled <John Doe 3> in the photograph attached as Attachment 1. For your reference, this photograph was taken between 11 p.m. on August 29, 2020 and 12:30 a.m. on August 30, 2020, near the intersection of Vermont Avenue NW and H Street NW.

2. Identify the MPD member labeled <John Doe 4> in the photograph attached as Attachment 2 and the photograph attached as Attachment 3, each of which depicts the same officer. For your reference, this photograph was taken between 11 p.m. on August 29, 2020 and 12:30 a.m. on August 30, 2020, near the intersection of 16th Street NW and H Street NW.

3. Identify the MPD member(s) who declared the demonstration that occurred near the intersection of 16th Street NW and H Street NW, and began in the late-night hours of August 30, 2020 and extended into the early morning hours of August 31, 2020, a "riot."

4. Identify the MPD member(s) who ordered the encirclement and arrest of persons near the intersection of 16th Street NW and I Street NW on August 31, 2020.

## IV. Request for Production

1. Produce all reports, including but not limited to, incident report, use of force report, and arrest reports, associated with the arrest of Oyoma Asinor on August 31, 2020 (CCN 20124229).

August 23, 2020

/s/ Michael Perloff
Michael Perloff (D.C. Bar No. 1601047)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 601-4278
mperloff@acludc.org

# ATTACHMENT 1



# ATTACHMENT 2



# ATTACHMENT 3

