AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| Oyoma Asinor & Bryan Dozier <br><br> *Plaintiff(s)* <br> v. <br> District of Columbia, Robert Glover, Shawn Caldwell, and John Does 1-3 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:21-cv-02158-APM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shawn Caldwell
c/o District of Columbia Metropolitan Police Department
2850 New York Avenue, N.E.
Washington, D.C. 20002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Perloff
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, 2nd Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                             _____
                                                    *Signature of Clerk or Deputy Clerk*