UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-02158-APM |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant the District of Columbia (the District) moves this Court, under Fed. R. Civ. P. 6(b)(1)(A), to extend the District's deadline to file its response to Plaintiffs' Amended Complaint to October 8, 2021. This motion should be granted because it is based on good cause and is made before the expiration of the District's September 13, 2021 deadline to respond to the Amended Complaint. In support of this motion, the District has attached a memorandum of points and authorities and a proposed order.

Date: September 10, 2021

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Stephanie E. Litos
STEPHANIE E. LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Philip A. Medley
MATTHEW R. BLECHER [1012957]

        PHILIP A. MEDLEY [1010307]
        Assistant Attorneys General
        Civil Litigation Division
        400 6th Street, NW
        Washington, D.C. 20001
        Phone:  (202) 442-9774; (202) 724-6626
        Fax:  (202) 730-0586; (202) 741-5920
        Email:  matthew.blecher@dc.gov;
        philip.medley@dc.gov

        *Counsel for Defendant the District of Columbia*

## **CERTIFICATE OF LCvR 7(m) COMPLIANCE**

On September 8, 2021, I contacted Plaintiff's counsel regarding Plaintiff's position on the relief requested.  Plaintiff consents to the relief sought.

        /s/ Matthew R. Blecher
        MATTHEW R. BLECHER
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-02158-APM |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendant the District of Columbia (the District) submits this memorandum of points and authorities in support of its consent motion to extend the deadline to respond to Plaintiffs' Amended Complaint to October 8, 2021. Good cause supports the District's request for an extension. The District needs additional time to investigate the extensive allegations and claims in the Amended Complaint. Additionally, the individually named defendants have not yet been served but will likely be served soon. Thus, if the individually named defendants are served, an extension will allow all named defendants[1] to file a single response to the Amended Complaint, rather than piecemeal responses. No party will be prejudiced by this request and the Court's calendar will not be unduly burdened.

### BACKGROUND

Plaintiffs claim that on the evening of August 29, 2020, they were attending protests in the District of Columbia when they were subject to and injured by "chemical irritants" and stun grenades allegedly used by the Metropolitan Police Department to disperse the protest. *See*

---

[1] Excluding the "John Doe" defendants.

*generally* Am. Compl. [10].  Plaintiff Asinor further alleges that MPD unlawfully retained his cell phone, camera, and goggles for almost a year.  *See generally id.* [10].

Plaintiffs assert five counts against the defendants, including two counts asserted pursuant to the First Amendment Assemblies Act, a count of assault and battery, a count of violations of the Fourth Amendment (unreasonable seizure), and a count of conversion.  *Id.* [10] at 18–24.

Plaintiffs filed their original Complaint on August 12, 2021 and served the District on August 23, 2021.  On August 28, 2021, Plaintiffs filed an Amended Complaint.  The District's response is due on September 13, 2021.

## ARGUMENT

Under Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

The District requests this extension for good cause, because it needs additional time to investigate the extensive allegations and claims in the Amended Complaint.  Additionally, the individually named defendants have not yet been served but will likely be served soon.  An extension to October 8, 2021 will allow the District to investigate this matter fully and, if the individually named defendants are served, will allow the named defendants to file a single response to the Amended Complaint.

The District has not previously sought an extension of the deadline to respond to Plaintiff's pleadings.  No party will be prejudiced by this extension—indeed, Plaintiffs consent to the relief requested—and the Court's calendar will not be unduly burdened, as there are no hearings or other deadlines currently scheduled.

## CONCLUSION

Based on these reasons, the District requests that the Court grant its motion and extend the deadline to respond to the Amended Complaint to October 8, 2021.

Date: September 10, 2021

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Stephanie E. Litos
STEPHANIE E. LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Philip A. Medley
MATTHEW R. BLECHER [1012957]
PHILIP A. MEDLEY [1010307]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 442-9774; (202) 724-6626
Fax:  (202) 730-0586; (202) 741-5920
Email:  matthew.blecher@dc.gov;
philip.medley@dc.gov

*Counsel for Defendant the District of Columbia*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   *Defendants*. | Case No. 1:21-cv-02158-APM |

## ORDER

Upon consideration of the District of Columbia's Consent Motion to Extend the Deadline to Respond to Plaintiffs' Amended Complaint and the entire record herein, it is this _____ day of _____ 2021 hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the District shall respond to the Amended Complaint on or before October 8, 2021.

**SO ORDERED.**

                    _____
                    HON. AMIT P. MEHTA
                    United States District Court for the District of Columbia