AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02158-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shawn Caldwell
was received by me on *(date)* September 8, 2021 .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On Sept. 13, 2021, Matthew Blecher, an attorney with D.C. Office of the Attorney General, represented that Officer Caldwell authorized Mr. Blecher to accept service on his behalf. Per Mr. Blecher's instructions, on Sept. 17, 2021, I emailed the complaint and the summons for Officer Caldwell to Mr. Blecher (matthew.blecher@dc.gov) as well as the following email addresses: philip.medley@dc.gov, Teresa.Quon@dc.gov, mark.viehmeyer@dc.gov, and ogc.adminbox@dc.gov. At 10:44am on that date, Mr. Blecher accepted service on Officer Caldwell's behalf.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 17, 2021

/s/ Elaine Stamp
*Server's signature*

Elaine Stamp, Paralegal and Intake Manager for the ACLU of D.C.
*Printed name and title*

915 15th St. NW, 2nd Floor, Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc: