## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR & BRYAN DOZIER<br><br>         Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>         Defendants. | No. 1:21-cv-02158 (APM) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion To Extend the Deadline To Respond to Defendants' Motion To Dismiss and the arguments made in support thereof, it is hereby

**ORDERED** that Plaintiffs' motion is granted; and it is further

**ORDERED** that Plaintiff shall respond to Defendants' Motion To Dismiss on or before November 19, 2021.

Date: _____

                            _____
                            Amit P. Mehta
                            United States District Judge