UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYAMA ASINOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02158-APM |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
FOR THE DISTRICT OF COLUMBIA, ROBERT GLOVER,
AND SHAWN CALDWELL'S PARTIAL MOTION TO DISMISS**

Plaintiffs and Defendants the District of Columbia (the District), Robert Glover, and Shawn Caldwell jointly move this Court, under Fed. R. Civ. P. 6(b)(1)(A), to extend Defendants' deadline to file their response to Plaintiffs' Second Amended Complaint to January 5, 2022, to set the deadline for Plaintiffs' opposition to Defendants' partial motion to dismiss to February 11, 2022, and to set the deadline for Defendants' reply in support of its motion to dismiss to February 25, 2022.  This motion should be granted because it is based on good cause and will not prejudice any party.  In support of this motion, the parties have attached a memorandum of points and authorities and a proposed order.

| | |
|---|---|
| Dated: December 14, 2021 | Respectfully submitted, |
| /s/ Michael Perloff | KARL A. RACINE |
| MICHAEL PERLOFF [1601047] | Attorney General for the District of Columbia |
| SCOTT MICHELMAN [1006945] | |
| ARTHUR B. SPITZER [235960] | CHAD COPELAND |
| American Civil Liberties Union | Deputy Attorney General |
| Foundation of the District of Columbia | Civil Litigation Division |
| 915 15th Street NW, Second Floor | |
| Washington, D.C. 20005 | /s/ Stephanie E. Litos |
| 202-457-0800 | STEPHANIE E. LITOS [483164] |
| mperloff@acludc.org | Assistant Deputy Attorney General |
| | Civil Litigation Division |
| *Counsel for Plaintiffs* | |
| | /s/ Helen M. Rave |
| | MATTHEW R. BLECHER [1012957] |
| | PHILIP A. MEDLEY [1010307] |
| | HELEN M. RAVE[*] |

---

[*] Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR83.2(f) and D.C. Court of Appeals Rule 49(c)(4).

                Assistant Attorneys General
                400 Sixth Street, N.W., Suite 10100
                Washington, D.C. 20001
                (202) 735-7520
                helen.rave@dc.gov

                *Counsel for Defendants the District of Columbia,*
                *Robert Glover, and Shawn Caldwell*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYAMA ASINOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>*Defendants*. | Civil Action No. 1:21-cv-02158-APM |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO SET A BRIEFING SCHEDULE FOR THE DISTRICT OF COLUMBIA, ROBERT GLOVER, AND SHAWN CALDWELL'S PARTIAL MOTION TO DISMISS**

Plaintiffs and Defendants the District of Columbia (the District), Robert Glover, and Shawn Caldwell submit this memorandum of points and authorities in support of their joint motion to set a briefing schedule for Defendants' partial motion to dismiss. The parties propose extending Defendants' deadline to respond to Plaintiffs' Second Amended Complaint to January 5, 2022, setting the deadline for Plaintiffs' opposition to Defendants' partial motion to dismiss to February 11, 2022, and setting the deadline for Defendants' reply to February 25, 2022. The parties make this request for good cause to allow the parties' counsel adequate time to brief Defendants' partial motion to dismiss.

## BACKGROUND

Plaintiffs Oyama Asinor and Bryan Dozier filed this lawsuit on August 12, 2021. Plaintiffs subsequently filed an amended complaint on August 28, 2021. Defendants the District of Columbia, Shawn Caldwell, and Robert Glover filed a partial motion to dismiss on October 22, 2021. On November 19, 2021, Plaintiffs filed a motion seeking leave to file a second amended complaint, which was granted on December 1, 2021. Plaintiffs assert six claims against

Defendants, including two counts asserted pursuant to the First Amendment Assemblies Act, a count of assault and battery, a count of violations of the Fourth Amendment (unreasonable seizures), a count of violations of the Fifth Amendment (due process), and a count of conversion. *See* Second Am. Compl. [24].  Defendants' response is due on December 15, 2021.

## ARGUMENT

Under Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time."  Here, the parties propose a briefing schedule for Defendants' partial motion to dismiss that will extend the time for Defendants to respond to the Second Amended Complaint to January 5, 2022, extend Plaintiffs' time to file an opposition to February 11, 2022, and extend the Defendants' time to file a reply to February 25, 2022.  This request is for good cause.  Defendants require additional time to review the new allegations in Plaintiffs' complaint and conduct any necessary investigation before responding, and Plaintiffs anticipate they will require additional time to respond to any motion filed by Defendants.  The requested extension and briefing schedule will not prejudice any party or unduly delay the resolution of this matter.  The Court's calendar will not be unduly burdened as there are currently no hearings or other deadlines scheduled.  Instead, the briefing schedule will allow the parties' counsel sufficient time to brief Defendants' partial motion to dismiss. Accordingly, the parties request that the Court grant the motion and enter the proposed order.

## CONCLUSION

For these reasons, the parties request that the Court grant their motion and extend the deadline to respond to the Second Amendment Complaint to January 5, 2022, set Plaintiffs' deadline to file its opposition to Defendants' partial motion to dismiss to February 11, 2022, and

set Defendants' deadline to file its reply in support of its partial motion to dismiss to February 25, 2022.

| | |
|---|---|
| Dated:  December 14, 2021 | Respectfully submitted, |
| /s/ Michael Perloff<br>MICHAEL PERLOFF [1601047]<br>SCOTT MICHELMAN [1006945]<br>ARTHUR B. SPITZER [235960]<br>American Civil Liberties Union<br>Foundation of the District of Columbia<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>202-457-0800<br>mperloff@acludc.org<br><br>*Counsel for Plaintiffs* | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>/s/ Stephanie E. Litos<br>STEPHANIE E. LITOS [483164]<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br><br>/s/ Helen M. Rave<br>MATTHEW R. BLECHER [1012957]<br>PHILIP A. MEDLEY [1010307]<br>HELEN M. RAVE[*]<br>Assistant Attorneys General<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 735-7520<br>helen.rave@dc.gov<br><br>*Counsel for Defendants the District of Columbia, Robert Glover, and Shawn Caldwell* |

---

[*] Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR83.2(f) and D.C. Court of Appeals Rule 49(c)(4).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYAMA ASINOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02158-APM |

**ORDER**

Upon consideration of Plaintiffs' and Defendants the District of Columbia, Robert Glover and Shawn Caldwell's motion for an extension to set a briefing scheduling for Defendants' partial motion to dismiss and the entire record, it is this _____ day of _____ 2021, **ORDERED** that:

1) The Motion is **GRANTED**; and

2) Defendants shall file their partial motion to dismiss the Second Amended Complaint by January 5, 2022;

3) Plaintiffs shall oppose Defendants' partial motion to dismiss by February 11, 2022; and

4) Defendants shall reply in support of their partial motion to dismiss by February 25, 2022.

**SO ORDERED.**

_____
Judge Amit P Mehta
United States District Court
for the District of Columbia