UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02158-APM |

**DEFENDANTS' CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE**

Defendants move under Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, for a two-week extension of all dates in the briefing schedule entered by the Court on December 15, 2021. If the Court grants this Motion, Defendants' partial motion to dismiss the Second Amended Complaint will be due on or before January 19, 2022, Plaintiffs will oppose by February 25, 2022, and Defendants will reply in support by March 11, 2022. The grounds for this request—generally, insufficient time to meet the existing deadline due to COVID- and inclement weather-related childcare closings and counsel's competing professional obligations—are explained in the accompanying Memorandum of Points and Authorities. A proposed order is also included with this Motion.

Date:  January 3, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie Litos /cc*
STEPHANIE LITOS [483164]

Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Section III, Civil Litigation Division
PHILIP A. MEDLEY [1010307]
HELEN M. RAVE[*]
Assistant Attorneys General
400 6th Street NW
Washington, D.C. 20001
Phone:  (202) 442-9774
Email:  matthew.blecher@dc.gov

Counsel for Defendants District of Columbia, Robert Glover, and Shawn Caldwell

---

[*]   Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OYOMA ASINOR, *et al.*,

   *Plaintiffs*,

   v.

DISTRICT OF COLUMBIA, *et al.*,

   *Defendants.*

Civil Action No. 1:21-cv-02158-APM

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE

This is a relatively complex police practices matter arising out of Plaintiffs' interaction with the Metropolitan Police Department in the area surrounding Lafayette Square Park between August 29 and 31, 2020. Plaintiffs responded to Defendants' Partial Motion to Dismiss [18] on November 19, 2021, by moving—unopposed—for leave to file amended pleadings [21]. The Court granted Plaintiffs' request by Minute Order dated December 1, 2021, and pursuant to the Court's instruction, the Clerk's Office docketed Plaintiffs' Second Amended Complaint the same day [24]. Thereafter, counsel for the Parties conferred and jointly moved for a briefing schedule to govern Defendants' forthcoming, renewed partial motion to dismiss [25], and the Court entered the Parties' proposed schedule the same next day [26]. Under the briefing schedule, Defendants' motion is due on or before January 5, 2022, Plaintiffs' opposition is due by February 11, 2022, and Defendants' reply is due February 25, 2022. Unfortunately, holiday-, COVID-, and now inclement weather-related childcare closings and challenges have frustrated counsel's ongoing efforts to meet the existing, January 5 deadline. In short, Defendants require

additional time to file their opening brief—and conservatively request an additional two weeks, to account for discovery obligations and motions practice in other matters.

Fed. R. Civ. P. 6(b)(1)(A) provides for extensions of existing deadlines upon a showing of "good cause." Defendants submit that the additional time required to complete and file their renewed partial motion to dismiss, in light of counsel's circumstances (described above), constitutes good cause supporting a two-week extension of the existing schedule. If the Court agrees and grants this Motion, the resulting, extended schedule will be as follows: Defendants' motion due on or before January 19, 2022; Plaintiffs' opposition due by February 25, 2022; and Defendants' reply in further support due by March 11, 2022. No prior extension of these deadlines has been requested or granted, no other deadlines will be affected if this Motion is granted, and no party will suffer prejudice as Plaintiffs consent to the relief requested.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court grant this Motion and extend the existing briefing schedule [26] by two-weeks.

Date: January 3, 2022                           Respectfully submitted,

                                                KARL A. RACINE
                                                Attorney General for the District of Columbia

                                                CHAD COPELAND
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                */s/ Stephanie Litos /cc*
                                                STEPHANIE LITOS [483164]
                                                Assistant Deputy Attorney General
                                                Civil Litigation Division

                                                */s/ Matthew R. Blecher*
                                                MATTHEW R. BLECHER [1012957]
                                                Acting Chief, Section III, Civil Litigation Division
                                                PHILIP A. MEDLEY [1010307]

3

HELEN M. RAVE*
Assistant Attorneys General
400 6th Street NW
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

Counsel for Defendants District of Columbia, Robert Glover, and Shawn Caldwell

---

*     Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:21-cv-02158-APM |

**ORDER**

Upon consideration of Defendants' Consent Motion to Modify the Briefing Scheduling, Plaintiffs' consent, and the entire record, it is **ORDERED** that:

1. The Motion is GRANTED;

2. Defendants shall file their partial motion to dismiss the Second Amended Complaint by January 19, 2022;

3. Plaintiffs shall oppose Defendants' partial motion to dismiss by February 25, 2022; and

4. Defendants shall reply in support of their partial motion to dismiss by March 11, 2022.

**SO ORDERED.**

Date: _____

_____
AMIT P. MEHTA
United States District Judge