UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR et al., ) ) ) Plaintiffs, ) ) v. ) ) DISTRICT OF COLUMBIA et al., ) ) Defendants. ) ) | Case No. 21-cv-02158 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 33, Defendants' Partial Motion to Dismiss, ECF No. 29, is granted. The court also sua sponte dismisses Claims 3 and 6. Judgment is thereby entered in favor of Defendants.

This is a final, appealable order.

Dated: August 29, 2022

Amit P. Mehta
United States District Court Judge