UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, and<br><br>BRYAN DOZIER<br><br>       Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>       Defendants. | No. 1:21-cv-02158 (APM) |

## NOTICE OF APPEAL

All Plaintiffs in this action hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's August 29, 2022 Memorandum Opinion and Order, ECF 33 & 34, insofar as they dismiss Claims 1, 2, 3, 4 and 6 of Plaintiffs' Second Amended Complaint, ECF 24.

Dated: September 28, 2022

Respectfully Submitted,
*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, N.W., Second Floor
Washington, D.C. 20005
(202) 601-4278
mperloff@acludc.org