UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OYOMA ASINOR, et al.,**<br><br>　Plaintiffs,<br><br>　v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>　Defendants. | No. 1:21-cv-02158-APM |

## JOINT STATUS REPORT

On November 22, 2024, the Parties to this civil rights action moved for [44]—and the Court granted [45]—a 90-day stay of litigation to allow time for settlement discussions. At the end of the 90-day period, the Court extended the stay at the Parties' request, until April 17, 2025, and ordered the Parties to file a joint status report by that date, updating the Court on the status of settlement efforts. Min. Order (Feb. 20, 2025). The Parties now jointly report that they continue to explore settlement. On April 1, 2025, Plaintiffs sent Defendants (the District) a comprehensive settlement proposal, and counsel for the District is currently reviewing Plaintiffs' demand with the appropriate officials in order to secure authority to make a counterproposal. Given the nature of the relief at issue, the District anticipates that this process will require at least an additional 45–60 days. Accordingly, the Parties now jointly request that the Court extend the current stay of litigation through June 19, 2025, and order the Parties to file another status report on that date, further updating the Court on the status of settlement negotiations.

Dated: April 15, 2025.                              Respectfully submitted,

*/s/ Michael Perloff*                               BRIAN L. SCHWALB
MICHAEL PERLOFF [1601047]               Attorney General for the District of Columbia
SCOTT MICHELMAN [1006945]

| | |
|---|---|
| ART SPITZER [235960]<br>American Civil Liberties Union<br>Foundation of the District of Columbia<br>529 14th Street, NW, Ste. 722<br>Washington, D.C. 20045<br>Phone: (202) 457-0800<br><br>*Counsel for Plaintiffs* | CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Equity Section, Civil Litigation Division<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Helen M. Rave*<br>RICHARD P. SOBIECKI [500163]<br>HELEN M. RAVE [90003876]<br>Assistant Attorneys General<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 805-7512<br>Email: richard.sobiecki@dc.gov<br><br>*Counsel for Defendants* |