UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OYOMA ASINOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-02158-APM |

## JOINT STATUS REPORT

On November 22, 2024, the Parties to this civil rights action moved for [38]—and the Court granted [39]—a 90-day stay of litigation to allow time for settlement discussions. At the end of the 90-day period, the Court extended the stay at the Parties' request, until April 17, 2025, and ordered the Parties to file a joint status report by that date, updating the Court on the status of settlement efforts. Min. Order (Feb. 20, 2025). On April 17, 2025, the Parties informed the Court that, on April 1, 2025, Plaintiffs sent Defendant (the District) a comprehensive settlement proposal, and that counsel for the District was currently reviewing Plaintiffs' demand with the appropriate officials in order to secure authority to make a counterproposal [42]. Accordingly, the Parties requested that the Court extend the stay until June 18, 2025, which the Court did. Min. Order (Apr. 16, 2025).

Since that time, the District has continued to assess Plaintiffs' settlement proposal, which raises several significant policy changes. Further, the proposed policy changes implicate multiple entities, including the Office of the Attorney General, the Metropolitan Police Department, the Office of the United States Attorney for the District of Columbia, and the D.C. Superior Court. Because the District needs additional time to fully evaluate and respond to

Plaintiffs' proposal, the Parties now jointly request that the Court extend the current stay of litigation through August 4, 2025, and order the Parties to file another status report on that date, further updating the Court on the status of settlement negotiations.

Dated: June 18, 2025.

Respectfully submitted,

*/s/ Michael Perloff*
MICHAEL PERLOFF [1601047]
SCOTT MICHELMAN [1006945]
ART SPITZER [235960]
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street, NW, Ste. 722
Washington, D.C. 20045
Phone: (202) 457-0800

*Counsel for Plaintiffs*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Helen M. Rave*
RICHARD P. SOBIECKI [500163]
HELEN M. RAVE [90003876]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*