**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OYOMA ASINOR, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 1:21-cv-02158-APM** |
| **DISTRICT OF COLUMBIA, et al.,** | |
| **Defendants.** | |

**JOINT STATUS REPORT**

On June 19, 2025, the Court extended the stay in this matter until August 4, 2025, so that

the District had additional time to respond to Plaintiffs' settlement proposal.  The District has

now provided an initial response to Plaintiffs, and the Parties concluded that additional

discussions could be productive.  For that reason, the Parties now jointly request that the Court

extend the current stay of litigation through September 5, 2025, and order the Parties to file

another status report on that date, further updating the Court on the status of settlement

negotiations.

Dated: August 4, 2025.

*/s/ Michael Perloff*
MICHAEL PERLOFF [1601047]
SCOTT MICHELMAN [1006945]
ART SPITZER [235960]
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street, NW, Ste. 722
Washington, D.C. 20045
Phone: (202) 457-0800

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]

Assistant Chief, Equity Section

*/s/ Helen M. Rave*

RICHARD P. SOBIECKI [500163]
HELEN M. RAVE [90003876]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*

2