# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OYOMA ASINOR, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>  Defendants. | **Civil Action No. 1:21-cv-02158-APM** |

## ORDER

Upon consideration of the Parties' Joint Motion to Set Briefing Schedule, and the entire record, it is: **ORDERED** that the Parties' Motion is GRANTED; and it is further

**ORDERED** that the following schedule will govern briefing on Defendants' motion to dismiss: Defendants shall file a motion to dismiss by October 20, 2025; Plaintiffs shall file any opposition by November 20, 2025; and Defendants shall file any reply by December 11, 2025.

**SO ORDERED**.

Date: 9/10/25

Amit P. Mehta
United States District Judge