**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OYOMA ASINOR,** ***et al.*****,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 21-cv-02158 (APM)** |
| **DISTRICT OF COLUMBIA,** ***et al.*****,** | ) | |
| **Defendants.** | ) | |

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

The Initial Scheduling Conference in this matter is set for **December 21, 2026, at 10:30 AM via videoconference**. Counsel who attend must be sufficiently familiar with the case to answer any questions that might arise; parties are welcome and are encouraged to attend.

Pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel shall confer at least 21 days prior to the above date and submit their Report addressing all topics listed in Local Civil Rule 16.3(c) no fewer than seven (7) days prior to the date of the Initial Scheduling Conference. Counsel are reminded that Rule 26(f) has been amended to direct the parties to discuss at their discovery planning conference issues relating to discovery of electronically stored information, preservation of discoverable information, and assertions of privilege or attorney work product, including whether to ask the court to enter an order reflecting any agreement between the parties regarding the procedure for asserting such claims after production. *See* Fed. R. Civ. P. 26(f)(3). If appropriate, counsel must address these additional topics in their Report. Counsel are also directed to include at the start of their Report a brief statement of the case and the statutory or common law basis for all causes of action and defenses.

A request to continue the scheduling conference after it is set must be made by motion filed no later than three (3) business days prior to the hearing and must include two alternative dates and times that have been agreed to by all parties. A motion for continuance that does not include alternative dates and times acceptable to all parties will be denied.

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: November 13, 2026

Amit P. Mehta
United States District Judge